AUSA Litton

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jordan L. McCorvey | ) | Case No. 2:25-mj-682 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **November 28, 2025** in the county of **Franklin** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1708 | Mail theft and possession of stolen mail |

This criminal complaint is based on these facts:

See attached Affidavit in Support of Criminal Complaint, incorporated here by reference.

☑ Continued on the attached sheet.

_____
Complainant's signature

Tyler L. Fink, U.S. Postal Inspector
Printed name and title

Sworn to before me and signed in my presence.
Via FaceTime

Date: December 8, 2025

_____
Elizabeth A. Preston Deavers
United States Magistrate Judge

City and state: Columbus, Ohio