AO 91 (Rev. 11/11) Criminal Complaint

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AGAINST JORDAN L. MCCORVEY

I, Tyler Fink, being duly sworn, depose and state as follows:

1. I am a U.S. Postal Inspector with the U.S. Postal Inspection Service in Columbus, Ohio, and I have been so employed since August 2022. I am a sworn federal law enforcement officer empowered to investigate criminal activity involving or relating to the United States Postal Service (USPS) and/or U.S. Mail. The crimes investigated include those such as theft, burglary, counterfeiting, robbery, assault, homicide, dangerous mailings, narcotics, identity theft, and fraud. I received initial training for these types of investigations through the U.S. Postal Inspection Service, Basic Inspector Training (BIT). I have received additional on-the-job training for each of those areas.

### Introduction

2. This affidavit is made in support of a criminal complaint against **Jordan L. McCorvey** for violating 18 U.S.C. § 1708 ("Theft or receipt of stolen mail matter generally"). The statements in this affidavit are based upon my training and experience, and consultation with other experienced investigators and agents. This affidavit is intended to set forth probable cause in support of the criminal complaint and does not purport to set forth all my knowledge regarding this investigation.

### Background

3. The U.S. Postal Inspection Service is investigating the robberies of USPS letter carriers, to include mail theft and unlawful possession of stolen mail. The investigation revolves around the suspects obtaining financial instruments such as business checks, personal checks, and money orders that have been deposited in the U.S. Mail. Once in possession of these financial instruments, the suspects and their accomplices then deposit them into personal bank accounts via ATM, in person, or mobile deposit, or negotiate them at check cashing facilities and other financial institutions throughout Ohio, as well as other states.

### Facts Establishing Probable Cause

4. On November 28, 2025, the United States Postal Inspection Service (USPIS) was notified by USPS management of a USPS letter carrier (VICTIM 1) being robbed while on their delivery route. I interviewed VICTIM 1 to obtain further details of the robbery. VICTIM 1 stated two unknown males approached, presented a knife, and demanded they be given access to the USPS delivery vehicle. VICTIM 1 stated they complied by unlocking the vehicle. VICTIM 1 stated the suspects stole a tray of mail from inside of the USPS vehicle. VICTIM 1 stated the tray of mail contained additional addresses in the Reynoldsburg zip code.

5. VICTIM 1 provided the following description of the first suspect: light-skin black male, approximately 5'9" – 5'10" tall, possibly late teen to early twenties with braids or cornrows, skinny, wearing a dark black winter coat, and not having an accent. VICTIM 1 described the second suspect also as a light-skin black male, slightly taller, medium build, with a toboggan on his head, wearing a dark winter coat and who got in the driver's seat of the suspect vehicle after the robbery. I know that **McCorvey** is a light-skinned black man, age thirty-two, who stands roughly 5'10" tall and weighs roughly 150 pounds.

6. On November 28, 2025 (the same day as the robbery), Postal Inspectors observed **McCorvey** on social media displaying a USPS mail tray filled with mail. **McCorvey**, a known mail thief with criminal history related to possession of stolen mail and bank fraud, posted on an Instagram account under the display names "2corkmoney," "1corkmoneybaby," and "cork2saucy." Postal Inspectors retained images of these posts and have attached them within this affidavit. Postal Inspectors know this Instagram account is used by **McCorvey** as he has posted images of himself within the account. Within the photos, "Reynoldsburg, Ohio" can be observed on at least one mail piece.





AO 91 (Rev. 11/11) Criminal Complaint



7. Furthermore, in the days following the robbery, **McCorvey** was observed on the same Instagram account posting and uploading content involving banking transactions and other various posts connected to financial institutions. These posts included solicitations for individuals with bank accounts or other related financial information.















## Conclusion

8. Based upon the aforementioned information and events, and your affiant's training and experience, your affiant believes that probable cause exists to believe that on or about November 28, 2025, **Jordan L. McCorvey** did commit theft of mail and possessed stolen mail, in violation of 18 U.S.C. § 1708.

_____
Tyler Fink, United States Postal Inspector

Sworn to before me and signed in my presence.



Elizabeth A. Preston Deavers
United States Magistrate Judge

December 8, 2025
_____
Date